# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| PATHWAYS OF TENNESSEE, INC., INDIVIDUALLY AND AS DBA PATHWAYS BEHAVIORAL HEALTH SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>PATHWAY HEALTHCARE, LLC, INDIVIDUALLY ANDDBA PATHWAY HEALTHCARE ADDICTION CENTER,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br>CASE NO: 17-1196-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Joint Stipulation of Voluntary Dismissal With Prejudice entered on April 12, 2018, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/12/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk